# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER |
|---|---|
| Plaintiff(s) v. Defendant(s). | **MEDIATION REPORT** |

***Instructions:** The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☐ A mediation was held on (date): _____ .

    ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:
    - ☐ Appeared as required by Civil L.R. 16-15.5(b).
    - ☐ Did not appear as required by Civil L.R. 16-15.5(b).
        - ☐ Plaintiff or plaintiff's representative failed to appear.
        - ☐ Defendant or defendant's representative failed to appear.
        - ☐ Other:

3. Did the case settle?
    - ☐ Yes, fully, on _____ (date).
    - ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
    - ☐ Yes, partially, and further facilitated discussions are **not** expected.
    - ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
    - ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties? _____ .

Dated: _____          _____
                                                                   Signature of Mediator

                                                                    _____
                                                                    Name of Mediator (print)

The Mediator is to electronically file original document.