# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UUNITED STATES OF AMERICA, ) | Case No. CV13-2777 JAK (SHx) |
| Plaintiff, ) | CONSENT JUDGMENT |
| vs. ) | JS-6 |
| MILAN KYNCL, ) | |
| Defendant ) | |

IT IS HEREBY ORDERED that Judgment be entered against the Defendant, MILAN KYNCL, for the following:

Principal in the sum of $55,458.55; Interest in the sum of $73,229.03 from the date of default to February 20, 2014; Penalties/Administrative cost in the sum of $0.00; attorney's fees in the sum of $3,818.34; Costs in the sum of $468.00 for a total amount of $132,973.92; plus interest from February 20, 2014 at the legal rate per day to date of entry of Judgment. Judgment to accrue interest at the legal rate until paid.

DATED: March 26, 2014

_____
Hon. John A. Kronstadt
United States District Court

ORDER - 1